# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2024-0726**
Corderius Quantez Hamlett v. State of Alabama (Appeal from Madison Circuit
Court:  CC-20-940.71)

## <u>NOTICE</u>

You are hereby notified that on May 23, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk